# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **KUMAR ROOPCHAN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:09-CV-177 |
| | ) | (Phillips) |
| **ADT SEC. SYS., INC.,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion for Summary Judgment by the defendant, ADT Security System, Inc. [Doc. 28]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Kumar Roopchan take nothing, that Plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the Defendant recover of the Plaintiff its costs of action.

The final pretrial conference scheduled for March 15, 2011 and the trial scheduled for March 22, 2011, are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of February, 2011.

                                                   s/ Patricia L. McNutt
                                                   Clerk of Court